# FARBER BROCKS & ZANE L.L.P.
ATTORNEYS AT LAW
400 GARDEN CITY PLAZA, SUITE 100 · GARDEN CITY, NEW YORK 11530
TEL. (516) 739-5100   ·   FAX (516) 739-5103
www.fbzlaw.com

JOSEPH K. POE
OF COUNSEL
jpoe@fbzlaw.com

February 12, 2025

**VIA ECF**

Hon. District Judge Katherine Polk Failla
United States District Court, Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



Re: Motion for Extension of Briefing Schedule for Motions for Summary Judgment
*Peleus Ins. Co. on its own behalf and o/b/o Bais Yaakov Dkal Adas Yereim and o/b/o BT General Builders, Inc. v. United Specialty Ins. Co.*
Case No.: 1:24-CV-01398-KPF
Our File No.: 640-12208

Dear Judge Failla:

I am associated with the law firm of Farber Brocks & Zane, L.L.P., attorneys for plaintiff, Peleus Insurance Company ("Peleus"). I write pursuant to the Court's Individual Practice Rules, paragraph 2.C.i, to request an extension of the current briefing schedule for the parties' respective motions for summary judgment.

The current schedule calls for cross-motions for summary judgment to be filed by February 21, 2025 and opposition papers to be filed by April 4, 2025. Peleus respectfully requests a two-week extension of the briefing schedule, which would make cross-motions for summary judgment due by March 7, 2025 and opposition papers to be filed by April 18, 2025. Defendant United Specialty has consented to the requested extension.

Peleus requests the extension to provide it additional time to prepare its motion papers due to other motions and opposition papers being due within two weeks of the present deadline, the holiday week, and the need to provide my client time to review and approve the papers.

There have been no previous requests for an extension of the briefing schedule.

We thank the Court for its consideration.

Respectfully submitted,

Joseph K. Poe

cc: Sherri N. Pavloff, Esq. (via ECF)

{01496687.DOC /}

Application GRANTED.  The parties' cross-motions for summary judgment shall be filed on or before **March 7, 2025,** and the parties' opposition briefs shall be filed on or before **April 18, 2025**.

The Clerk of Court is directed to terminate the pending motion at docket entry 28.

Dated:     February 13, 2025          SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE